IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00722-WDM-MJW

SONYA DIAS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion for leave to file surreply is granted.

Dated:  October 2, 2007

                                    s/ Jane Trexler, Judicial Assistant