IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00722-WDM-MJW

SONYA DIAS, et al.,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Motion to Withdraw, DN 61, filed with the Court on January 9, 2008, is GRANTED. Ms. White is withdrawn as counsel for the Plaintiffs' in this matter. David A. Lane will continue to represent the plaintiffs.

Date: January 11, 2008