IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-00722-WDM-MJW

SONYA DIAS, et al.,

Plaintiff(s),

v.

THE CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Unopposed (Stipulated) Motion to Vacate Scheduling Conference Set for November 20, 2009 (docket no.86) is GRANTED for good cause shown.  In the subject motion (docket no. 86), both parties have indicated that they do not seek any additional discovery in this case and therefore a new scheduling order is unnecessary.  Judge Miller has already extended the dispositive motions deadline to January 31, 2010.

     It is FURTHER ORDERED that the Rule 16 Scheduling Conference set before Magistrate Judge Watanabe on November 20, 2009, at 8:30 a.m is VACATED.

Date:  November 18, 2009