IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00722-WDM-MJW

SONYA DIAS,
HILARY ENGEL,
SHERYL WHITE,
individually and on behalf of all persons similarly situated,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,
JOHN W. HICKENLOOPER, in his official and individual capacity,
NANCY SEVERSON, in her official and individual capacity,
DOUG KELLY, in his official and individual capacity;
JUAN ZALASAR, in his official and individual capacity;

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO AMEND THE PRE-TRIAL ORDER**
(Docket No. 113)

THIS MATTER, having come before the Court on the parties' Stipulated Motion to Amend the Pre-Trial Order, and the Court being fully advised in the premises, hereby GRANTS the Stipulated Motion and the Pre-trial Order is amended to reflect the removal of former Colorado State Representative Debbie Stafford as a witness.

SO ORDERED THIS 7th day of June, 2010.

BY THE COURT:

_____

**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**