IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 07-cv-00722-PAB-MJW

SONYA DIAS,
HILLARY ENGEL, and
SHERYL WHITE
individually and on behalf of all persons similarly situated,

    Plaintiffs,

v.

THE CITY AND COUNTY OF DENVER, COLORADO,

    Defendant.

---

## ORDER

---

This matter is before the Court on the parties' Joint Stipulation for Dismissal With Prejudice [Docket No. 126].  The Court having reviewed the Joint Stipulation, it is

**ORDERED** that all of plaintiffs' claims are dismissed with prejudice, the parties to pay their own costs and fees.  It is further

**ORDERED** that this case shall be closed in its entirety.


DATED November 29, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge